UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANUEL CASADO and DESIRE CASTILLO,                                     :
*individually and on behalf of all others similarly situated*,         :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :    25 Civ. 3561 (JPC)
                                                                       :
JOYS DELI GROCERY CORP., *et al.*,                                     :         ORDER
                                                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 14, 2025, Plaintiff served Defendant Joys Deli Grocery Corp. with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore June 4, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On June 19, 2025, Plaintiff served Defendants Mirtha Castillo and Jorge Luis Sanchez with copies of the Summons and Complaint. Dkts. 10, 13. Defendants' deadline to respond to the Complaint was therefore July 10, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

These deadlines have passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until August 7, 2025. If Defendants once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 14, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which each Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: July 31, 2025
      New York, New York

                                               JOHN P. CRONAN
                                      United States District Judge