UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :

MANUEL CASADO and DESIRE CASTILLO,     :
*individually and on behalf of all others similarly situated,*  :
                             :

                 Plaintiff,        :

                             :

            -v-               :       25 Civ. 3561 (JPC)
                             :

JOYS DELI GROCERY CORP., *et al.*,      :        <u>ORDER</u>
                             :

                             :

             Defendant.       :

                             :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court's July 31, 2025 Order extended *sua sponte* Defendants' deadline to respond to the Complaint to August 7, 2025, and instructed Plaintiffs to seek a Certificate of Default by August 14, 2025 if Defendants failed to respond to the Complaint by that deadline.  Dkt. 14.  Both of these deadlines have passed and the docket does not reflect any activity from the parties.  The Court extends *sua sponte* Plaintiffs deadline to seek a Certificate of Default to August 22, 2025.  If Plaintiffs have not sought a Certificate of Default by that date, this action may be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

        SO ORDERED.

Dated: August 15, 2025
      New York, New York                      _____
                                        JOHN P. CRONAN
                               United States District Judge