UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MANUEL CASADO and DESIRE CASTILLO,                :
*individually and on behalf of all others similarly situated*,   :
:
                   Plaintiffs,   :
:
              -v-   :   25 Civ. 3561 (JPC)
:
JOY'S DELI GROCERY CORP., *et al.*,   :   ORDER
:
:
               Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 19, 2025, the Court ordered Plaintiffs Manuel Casado and Desire Castillo to move for default judgment as to Defendants, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases, or show cause why this case should not be dismissed for failure to prosecute. Dkt. 25. The Court also ordered Defendants to file a brief in opposition of any motion for default judgment, and to appear and show cause at a hearing before the Court why an order should not be issued granting a default judgment against Defendants. *Id.* On September 5, 2025, Plaintiffs requested an extension of their deadline to move and an adjournment of the hearing. Dkt. 27. On September 8, 2025, the Court extended Plaintiffs' deadline to file the motion for default judgment to October 3, 2025, extended Defendants' deadline to respond to October 17, 2025, and adjourned the hearing until November 4, 2025. Dkt. 28.

The docket does not indicate whether that Order was served on Defendants. By October 29, 2025, Plaintiff shall file either (i) an affidavit of service reflecting that the Court's September 8, 2025 Order was served on Defendants, or (ii) a letter advising that service was not made. If service was not made then the Court may *sua sponte* extend Defendants' deadline to respond to

Plaintiffs' motion for default judgment and further adjourn the hearing.

    SO ORDERED.

Dated: October 28, 2025
       New York, New York

                                        JOHN P. CRONAN
                                   United States District Judge