UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANUEL CASADO and DESIRE CASTILLO,                                     :
*individually and on behalf of all others similarly situated*,         :
                                                                       :
                      Plaintiffs,                     :
                                                                       :
               -v-                                        :      25 Civ. 3561 (JPC)
                                                                       :
JOY'S DELI GROCERY CORP., *et al.*,                                    :         ORDER
                                                                       :
                      Defendants.                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 19, 2025, the Court ordered Plaintiffs to move for default judgment as to Defendants, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases, or show cause why this case should not be dismissed for failure to prosecute. Dkt. 25. The Court also ordered Defendants to file any opposition to the motion for default judgment by September 19, 2025, and to appear at a hearing before the Court on October 17, 2025, to show cause why default judgment should not issue. *Id.* On September 5, 2025, Plaintiffs requested an extension of their deadline to move. Dkt. 27. On September 8, 2025, the Court extended Plaintiffs' deadline to file their motion for default judgment to October 3, 2025, extended Defendants' deadline to respond to October 17, 2025, and adjourned the hearing until November 4, 2025. Dkt. 28. However, the docket does not reflect that the Court's September 8, 2025 Order was served on Defendants.

      To ensure Defendants have notice of Plaintiffs' motion and the hearing, the Court *sua sponte* extends Defendants' deadline to answer Plaintiffs' motion and adjourns the hearing. Accordingly, Defendants shall respond to Plaintiffs' motion by November 5, 2025. Plaintiffs shall file a reply, if any, by November 12, 2025. Defendants shall appear and show cause why default judgment

1

should not be granted in favor of Plaintiffs at a hearing before the Court on November 18, 2025, at 10:00 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

By October 30, 2025, Plaintiffs shall serve Defendants via overnight courier with a copy of this Order and a copy of Plaintiffs' motion for default judgment and supporting papers, Dkts. 29-31, and file proof of such service on the docket within two business days. The Court notes that Plaintiffs have used multiple addresses to mail filings to Defendants Mirtha Castillo and Jorge Luis Sanchez. *Compare* Dkts. 15, 26 (using 2386 Lorillard Place, Bronx NY 10458) *with* Dkt. 32 (using 1400 Grand Concourse, Bronx, New York 10456). Plaintiffs should be prepared to address that discrepancy in the hearing to show cause.

SO ORDERED.

Dated: October 29, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge