```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANUEL CASADO and DESIRE CASTILLO,                                     :
individually and on behalf of all others similarly situated,           :
                                                                       :
                              Plaintiffs,                              :
                                                                       :
              -v-                                                      :    25 Civ. 3561 (JPC)
                                                                       :
JOY'S DELI GROCERY CORP., et al.,                                      :          ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     For the reasons stated today on the record, the Court reserves judgment on Plaintiffs' motion for default judgment and grants leave to Plaintiffs to supplement their motion papers. By January 8, 2026, Plaintiffs shall file supplemental affidavits, an updated damages chart, a letter concerning the liquidated damages they seek, and Plaintiff counsel's CV and any recent rulings from this District and the Eastern District of New York approving an hourly rate for him. The Court will continue the hearing on Plaintiffs' default judgment motion on January 20, 2026, at 9:00 a.m. At that time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

     Plaintiffs shall serve Defendants via overnight courier with a copy of this Order and file proof of such service on the docket within two business days. Plaintiffs shall also serve Defendants with the filings discussed above and, within two days of their submission, file proof of such service on the docket.

     SO ORDERED.

Dated: November 18, 2025  
       New York, New York

                                                    JOHN P. CRONAN  
                                                   United States District Judge

1