UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

MANUEL CASADO and DESIRE CASTILLO,   :
*individually and on behalf of all others similarly situated,*  :
                          :
               Plaintiffs,      :
                          :
        -v-           :     25 Civ. 3561 (JPC)
                          :
JOY'S DELI GROCERY CORP., *et al.,*    :     <u>ORDER</u>
                          :
           Defendants.   :
                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The continuation of the hearing on Plaintiffs' default judgment motion scheduled for January 20, 2026, at 10:00 a.m. is adjourned to January 30, 2026, at 11:00 a.m.  *See* Dkt. 37.  At that time, counsel should call (855) 244-8681, access code 2302 755 2307.  As a reminder, Defendants have been ordered to appear at this hearing and show cause why default judgment should not be granted in Plaintiffs' favor.  *See* Dkt. 35 at 1-2.

Plaintiffs shall serve Defendants via overnight courier with a copy of this Order and file proof of such service on the docket within two business days.

SO ORDERED.

Dated: December 16, 2025
     New York, New York             JOHN P. CRONAN
                         United States District Judge