UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                    :

MANUEL CASADO and DESIRE CASTILLO,      :
*individually and on behalf of all others similarly situated*,  :
                                      :

                Plaintiffs,         :

                                 :

        -v-                     :       25 Civ. 3561 (JPC)
                                 :

JOY'S DELI GROCERY CORP., *et al.*,      :       <u>ORDER</u>
                                 :

              Defendants.      :

                                 :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 18, 2025, the Court held a hearing on Plaintiffs' motion for default judgment. Minute Entry, Nov. 18, 2025.  The Court reserved judgment on the motion and granted Plaintiffs leave to submit supplemental filings by January 8, 2026. *Id.*  In an Order that same day, the Court directed Plaintiffs to supplement their papers in support of their motion for default judgment by filing "supplemental affidavits, an updated damages chart, a letter concerning the liquidated damages they seek, and Plaintiff counsel's CV and any recent rulings from this District and the Eastern District of New York approving an hourly rate for him."  Dkt. 37.  Plaintiffs missed their deadline to do so.  On January 9, 2026, the Court ordered them to (1) show cause why sanctions should not issue for failing to comply with the November 18, 2025 Order, and (2) file the supplemental filings described in the Court's November 18, 2025 Order.  Dkt. 41.  The Court stated that failure to comply with the January 9, 2026 Order may result in sanctions, including dismissal.

      On January 15, 2026, counsel for Plaintiffs submitted some of the required documents, but failed to file an updated damages chart and to supplement Plaintiffs' affidavits with the information that counsel said he would provide.  *See* Dkt. 43.  Instead, counsel "request[ed] clarification as to what updates are needed for the damages chart" and sought to extend the deadline to file the update.

1

Dkt. 43-4. The supplemental affidavits that counsel submitted appear to be the same as those initially submitted, except that each one adds an identical new paragraph. *See* Dkt. 43, Exh. A (Declaration of Manuel Casado) ¶ 24; *id.*, Exh. B (Declaration of Desire Castillo) ¶ 21. Counsel is reminded that he and the Court discussed the information he would need to provide the Court during the November 18 hearing. The docket does not reflect that counsel ordered a transcript of that hearing, which would provide the clarification counsel seeks.

The Court will grant Plaintiffs one more chance to supplement their filings. Plaintiffs shall (1) order the transcript from the November 18, 2025, hearing; (2) within two days of receiving the transcript, serve Defendants a copy of the transcript and this Order via overnight courier with a return receipt request; (3) file proof of such service, the shipping labels, and the completed return receipt within two days of receiving the return receipt; and (4) file a revised damages chart within two weeks of receiving the transcript. Failure to comply with this Order may result in sanctions, including dismissal.

Finally, the Court adjourns *sine die* the hearing currently scheduled for January 30, 2026, at 11:00 a.m. Following Plaintiffs' submission, the Court will either issue a written order or schedule a hearing.

SO ORDERED.

Dated: January 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2